IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 25  PM 1: 50

TO THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR00310 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD LOVEJOY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before this Court on this 25 day of October, 2005, on the defendant's motion for temporary release from custody, Filing No. 42. The Court, being fully advised in the premises finds that the motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released to the custody of his mother, Paula Lovejoy, on Tuesday, October 25, 2005, to attend the funeral of Defendant's uncle, Terrance L. Cook, in Macy, Nebraska. Defendant's mother will return Defendant no later than 5:00 p.m. on Wednesday, October 26, 2005.

Dated this 25 day of October, 2005.

BY THE COURT:

United States Judge Joseph F. Bataillon